## BERNARD O'SHEA *v.* JEFFREY MIGNONE

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 577 (AC 17348), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Wesley W. Horton* and *Susan M. Cormier*, in support of the petition.

*Mario DiNatale* and *Jonathan M. Levine*, in opposition.

Decided November 18, 1998